

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**MICHAEL P. WELCH**
PARTNER
(516) 357-3443
michael.welch@rivkin.com

March 25, 2024

**VIA ECF**

Honorable Ronnie Abrams
United States District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

    Re:   *Thomas J. Wilkinson v. State Farm Fire and Casualty Company*
           Index No. 24-cv-2032 (RA)

Dear Judge Abrams:

    This Firm represents Defendant, State Farm Fire and Casualty Company ("State Farm"), in the above referenced action. In accordance with Your Honor's Individual Rules & Practices, Rule 1.D., State Farm respectfully requests an extension of time to respond to Plaintiff's Complaint up to and including April 24, 2024. This matter was removed to federal court on March 19, 2024, and the current due date to respond is March 26, 2024. State Farm intends to make a motion to dismiss the complaint and seeks an extension of time to adequately prepare its motion. Plaintiff's counsel consents to this request. This is State Farm's first request for an extension of time to respond to the complaint.

    We thank you for your attention to this matter and appreciate the Court's courtesies in this regard.

Application granted. SO ORDERED.

_____
Hon. Ronnie Abrams
U.S. District Court
March 26, 2024
    cc:   All counsel via ECF

Very truly yours,

RIVKIN RADLER LLP

*Michael P. Welch*

Michael P. Welch

4887-8332-2288, v. 1

66 South Pearl Street, 11th Floor   25 Main Street                   1301 Riverplace Boulevard   477 Madison Avenue        2649 South Road
Albany, NY 12207-1533               Court Plaza North, Suite 501     Jacksonville, FL 32207-9047 New York, NY 10022-5843   Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199       Hackensack, NJ 07601-7082        T 904.792.8925 F 904.467.3461 T 212.455.9555 F 212.687.9044  T 845.473.8100 F 845.473.8777
                                    T 201.287.2460 F 201.489.0495